# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

BANK OF NEW YORK MELLON F/KA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-86CB, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-86CB C/O BANK OF AMERICA, N.A.,

           Respondent

        v.

DOROTHY HARTMAN,

          Petitioner

: No. 91 EM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Application for Extraordinary Relief or King's Bench Jurisdiction is **DENIED**.